Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−14059−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Xavier Santiago Sinche Garcia
12 Warner Way
Wayne, NJ 07470

Lily Nie
12 Warner Way
Wayne, NJ 07470

Social Security No.:
    xxx−xx−4742

    xxx−xx−8509

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              6/25/26
Time:              09:45 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 14, 2026
JAN: dlr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 26-14059-JKS

Xavier Santiago Sinche Garcia                                                               Chapter 13

Lily Nie

  Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                   Page 1 of 3

Date Rcvd: Apr 14, 2026                       Form ID: 132                                   Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Xavier Santiago Sinche Garcia, Lily Nie, 12 Warner Way, Wayne, NJ 07470-4191 |
| 521070760 | + | Atlantic Health System, 475 South Street, PO Box 1905, Morristown, NJ 07962-1905 |
| 521070776 | | Hackensack Meridian Medical Group, P.O. Box 95000-4535, Dallas, TX 19195 |
| 521070777 | + | Hackensack Radiology Group, P.A., 30 S Newman Street, Hackensack, NJ 07601-3210 |
| 521070778 | + | High Mountain Orthopedics LLC, 342 Hamburg Tpke, Suite 205, Wayne, NJ 07470-2166 |
| 521070781 | + | Kinder Pediatric Urgent Care, 65 US Highway 1 South, Metuchen, NJ 08840-2931 |
| 521070789 | + | Pipe Capital LLC, 2 Embarcadero Ctr, STE 8-110, San Francisco, CA 94111-3823 |
| 521070795 | + | Xpert Electric LLC, 12 Warner Way, Wayne, NJ 07470-4191 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 14 2026 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 14 2026 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521070759 | ^ | MEBN | Apr 14 2026 20:45:45 | ARstrat, LLC, P.O. Box 676448, Dallas, TX 75267-6448 |
| 521070757 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 14 2026 20:49:24 | Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 521070758 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 14 2026 20:50:00 | Ally Financial, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 521070764 | + | Email/Text: bankruptcy@bsifinancial.com | Apr 14 2026 20:50:00 | BSI Financial Services, 314 S. Franklin Street, 2nd Floor, Titusville, PA 16354-2168 |
| 521070762 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 14 2026 20:49:31 | Bank of America, PO BOX 660441, Dallas, TX 75266-0441 |
| 521070761 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 14 2026 20:50:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521070763 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 14 2026 20:51:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 521070766 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 14 2026 20:50:00 | Carmax Auto Finance, Po Box 440609, Kennesaw, GA 30160 |
| 521070765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2026 20:49:45 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521070767 | + | Email/Text: dlewis@csandw-llp.com | Apr 14 2026 20:51:00 | Celentano, Stadtmauer & Walentwicz, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |

| 521070769 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 21:00:23 | Citibank, N.A., Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521070768 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 21:00:31 | Citibank, N.A., Po Box 6497, Sioux Falls, SD 57117-6497 |
| 521070770 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 21:00:23 | Citicards/Citibank, N.A., Po Box 6241, Sioux Falls, SD 57117-6241 |
| 521070771 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 14 2026 20:52:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 521070773 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 14 2026 20:48:56 | Dept Of Ed/Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 521070772 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 14 2026 20:49:23 | Dept Of Ed/Aidvantage, 1600 Tyson Boulevard, St, Mclean, VA 75403 |
| 521070774 | + Email/Text: mrdiscen@discover.com | Apr 14 2026 20:50:00 | Discover Credit Cards, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521070775 | + Email/Text: HUMCBankruptcy@hmhn.org | Apr 14 2026 20:51:00 | Hackensack Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 521070779 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 14 2026 20:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521070780 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2026 20:48:52 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 521070782 | Email/Text: govtaudits@labcorp.com | Apr 14 2026 20:50:00 | Laboratory Corporation of America, Po Box 2240, Burlington, NC 27216 |
| 521070784 | Email/Text: camanagement@mtb.com | Apr 14 2026 20:51:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 521070783 | Email/Text: camanagement@mtb.com | Apr 14 2026 20:51:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 521070785 | Email/Text: camanagement@mtb.com | Apr 14 2026 20:51:00 | M&T Bank, P.O. Box 62014, Baltimore, MD 21264 |
| 521070786 | + Email/Text: camanagement@mtb.com | Apr 14 2026 20:51:00 | M&T Bank, N.A., P.O. Box 619063, Dallas, TX 75261-9063 |
| 521070787 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 21:00:37 | Macys/Citibank, N.A., Po Box 6789, Sioux Falls, SD 57117-6789 |
| 521070788 | + Email/Text: info.mh@mhcollections.com | Apr 14 2026 20:51:00 | Michael Harrison, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 521070791 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 14 2026 20:50:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 521070790 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 14 2026 20:51:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 521070792 | Email/Text: bknotice@upgrade.com | Apr 14 2026 20:50:00 | Upgrade, Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 521070793 | Email/Text: bkelectronicnotices@usaa.com | Apr 14 2026 20:50:00 | USAA Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 521070794 | + Email/Text: servicing@intuit.com | Apr 14 2026 20:51:00 | WebBank c/o QuickBooks Capital, P.O. Box 842978, Dallas, TX 75284-2978 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 14, 2026                       Form ID: 132                                 Total Noticed: 42

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jamal J Romero | on behalf of Debtor Xavier Santiago Sinche Garcia jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s |
| Jamal J Romero | on behalf of Joint Debtor Lily Nie jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4