UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorneys for U.S. Bank Trust National Association, not in
its individual capacity but solely as owner trustee for RCF
2 Acquisition Trust

| In Re: | Case No: 26-14059-JKS |
|---|---|
| | Chapter: 13 |
| Xavier Santiago Sinche Garcia | Judge: John K. Sherwood |
| Lily Nie | |
| *Debtors* | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPCTY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust (Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to Danielle Boyle-Ebersole, Esquire at the below address and/or telephone number set forth below.

Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454

This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated: 04/22/2026

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 022792000
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone: 215-855-9521
dboyle-ebersole@hoflawgroup.com
Attorney for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust

| | |
|---|---|
| In Re:<br><br> Xavier Santiago Sinche Garcia<br> Lily Nie<br>     *Debtors* | Case No: 26-14059-JKS<br>Chapter: 13<br>Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1.      I, Caitlin Kohn:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Hladik, Onorato & Federman, LLP, who represents U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On April 22, 2026 I sent a copy of the following pleadings and/or documents to the parties listed below:

Notice of Appearance

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:   April 22, 2026                          /s/  *Caitlin Kohn*
                                                         Caitlin Kohn

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Xavier Santiago Sinche Garcia<br>Lily Nie<br>12 Warner Way<br>Wayne, NJ 07470 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Jamal J Romero, Esquire<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1 Harmon Meadow Blvd., Suite201<br>Secaucus, NJ 07094 | Attorney for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Esquire<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.