UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Hladik, Onorato & Federman, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
NJ ID# 022792000
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
dboyle-ebersole@hoflawgroup.com
Attorney for U.S. Bank Trust
National Association, not in its
individual capacity but solely as
owner trustee for RCF 2 Acquisition
Trust

In Re:
LILY NIE
XAVIER SANTIAGO SINCHE GARCIA

    *Debtors*

Case No: 26-14059-JKS

Hearing Date: 6/25/2026 at 9:45AM

Chapter: 13

Judge: John K. Sherwood

### OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by Xavier Santiago Sinche Garcia, Lily Nie ("Debtors"), as follows:

1.  As of the bankruptcy filing date of 04/13/2026, Movant a secured Claim against the Debtors') property located at 12 Warner Way, Wayne, NJ 07470 (the "Property").

2.  Movant is in the process of filing a Proof of Claim, which will be filed by the Proof of Claim Bar date of 06/22/2026. The estimated total of Movant's secured claim is $227,773.26, with estimated pre-petition arrears of $2,311.28.

3.  The Plan does not provide for the full repayment of Movant's pre-petition arrears.

4.  The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5.  The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor(s) is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7, or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chapter 13 Plan.

Date: 05/20/2026                                          HLADIK, ONORATO, FEDERMAN, LLP

                                          BY:     /s/ Danielle Boyle-Ebersole
                                                  Danielle Boyle-Ebersole, Esquire
                                                  NJ Attorney ID# 022792000
                                                  298 Wissahickon Avenue
                                                  North Wales, PA 19454
                                                  Phone: (215) 855-9521
                                                  Email: dboyle-ebersole@hoflawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Hladik, Onorato & Federman, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
NJ ID# 022792000
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521

dboyle-ebersole@hoflawgroup.com
Attorney for U.S. Bank Trust
National Association, not in its
individual capacity but solely as
owner trustee for RCF 2 Acquisition
Trust

|  |  |
|---|---|
| In Re:<br>LILY NIE<br>XAVIER SANTIAGO SINCHE GARCIA<br><br>    *Debtors* | Case No: 26-14059-JKS<br><br>Hearing Date: 6/25/2026 AT 9:45AM<br><br>Chapter: 13<br><br>Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, Ashley Stranix:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Hladik, Onorato & Federman, LLP who represents U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust in the above captioned matter.

   ☐ am the _____ in the above captioned matter.

2. On May 20, 2026, I sent a copy of the following pleadings and/or documents to the parties listed below.
   
       Objection to Chapter 13 Plan

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Date: <u>May 20, 2026</u>                    <u>/s/ Ashley Stranix</u>

                                                  Ashley Stranix

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lily Nie<br>Xavier Santiago Sinche Garcia<br>12 Warner Way<br>Wayne, NJ 07470 | Debtor(s) | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court) |
| Jamal J. Romero<br>Scura, Wigfield, Heyer, Stevens &<br>Cammarota, LLP<br>1 Harmon Meadow Blvd., Suite 201<br>Secaucus, NJ 07094 | Attorney for Debtor(s) | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court) |