sincheUNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
215-855-9521
Attorney for U.S. Bank Trust National Association, not in its
individual capacity but solely as owner trustee for RCF 2
Acquisition Trust

In Re:

    LILY NIE
    XAVIER SANTIAGO SINCHE GARCIA
        *Debtors*

Order Filed on June 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 26-14059-JKS

Hearing Date: 6/25/2026 at 9:45AM

Chapter: 13

Judge: John K. Sherwood

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

    The Consent Order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**

**DATED: June 30, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**PAGE 2**

DEBTOR: LILY NIE AND XAVIER SANTIAGO SINCHE GARCIA
CASE NO: 26-14059-JKS
CAPTION OF ORDER: ORDER RESOLVING OBJECTION TO CONFIRMATION

---

Upon the objection to confirmation of Debtors' Plan and Hladik, Onorato & Federman, LLP, Attorney for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Creditor") appearing and, for cause shown, it is:

ORDERED as follows:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtors agree that they shall cure the pre-petition arrears, in the amount of $2,311.28, per Creditor's secured Proof of Claim (Proof of Claim #9).

3. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

/s/ Danielle Boyle-Ebersole

Danielle Boyle-Ebersole, Esquire
Attorney for Creditor, U.S. Bank Trust National
Association, not in its individual capacity but solely as
owner trustee for RCF 2 Acquisition Trust

Jamal J. Romero, Esquire
Attorney for Debtor