Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−14059−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Xavier Santiago Sinche Garcia | Lily Nie |
| 12 Warner Way | 12 Warner Way |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
   xxx−xx−4742                              xxx−xx−8509

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 29, 2026.

Dated: June 29, 2026
JAN: isd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-14059-JKS

Xavier Santiago Sinche Garcia                                             Chapter 13

Lily Nie

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: plncf13 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Xavier Santiago Sinche Garcia, Lily Nie, 12 Warner Way, Wayne, NJ 07470-4191 |
| 521070760 | + | Atlantic Health System, 475 South Street, PO Box 1905, Morristown, NJ 07962-1905 |
| 521253891 | + | HACKENSACK MERIDIAN HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 521070776 | | Hackensack Meridian Medical Group, P.O. Box 95000-4535, Dallas, TX 19195 |
| 521070777 | + | Hackensack Radiology Group, P.A., 30 S Newman Street, Hackensack, NJ 07601-3210 |
| 521070778 | + | High Mountain Orthopedics LLC, 342 Hamburg Tpke, Suite 205, Wayne, NJ 07470-2166 |
| 521070781 | + | Kinder Pediatric Urgent Care, 65 US Highway 1 South, Metuchen, NJ 08840-2931 |
| 521070789 | + | Pipe Capital LLC, 2 Embarcadero Ctr, STE 8-110, San Francisco, CA 94111-3823 |
| 521228188 | + | US Bank Trust National Association, et al., c/o BSI Financial Services, 4200 Regent Blvd., Suite B200, Irving, TX 75063-2237 |
| 521070795 | + | Xpert Electric LLC, 12 Warner Way, Wayne, NJ 07470-4191 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2026 21:30:07 | AIS Portfolio Services, LLC Attn: Ally Bank Lease, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 521070759 | ^ | MEBN | Jun 29 2026 21:19:23 | ARstrat, LLC, P.O. Box 676448, Dallas, TX 75267-6448 |
| 521070757 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 29 2026 21:30:06 | Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 521255544 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 29 2026 21:30:06 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 521072711 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2026 21:30:07 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521076278 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2026 21:30:06 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521070758 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2026 21:24:00 | Ally Financial, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 521255326 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2026 21:30:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

District/off: 0312-2

User: admin

Page 2 of 4

Date Rcvd: Jun 29, 2026

Form ID: plncf13

Total Noticed: 60

29603-0587

| | | | |
|---|---|---|---|
| 521070764 | + Email/Text: bankruptcy@bsifinancial.com | Jun 29 2026 21:24:00 | BSI Financial Services, 314 S. Franklin Street, 2nd Floor, Titusville, PA 16354-2168 |
| 521070762 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jun 29 2026 21:30:07 | Bank of America, PO BOX 660441, Dallas, TX 75266-0441 |
| 521070761 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 29 2026 21:24:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521245164 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 29 2026 21:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 521070763 | + Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2026 21:25:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 521074601 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 29 2026 21:24:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 521070766 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 29 2026 21:24:00 | Carmax Auto Finance, Po Box 440609, Kennesaw, GA 30160 |
| 521070765 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2026 21:30:04 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521070767 | + Email/Text: dlewis@csandw-llp.com | Jun 29 2026 21:25:00 | Celentano, Stadtmauer & Walentwicz, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 521241889 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2026 21:30:11 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521070769 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2026 21:30:23 | Citibank, N.A., Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521070768 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2026 21:30:11 | Citibank, N.A., Po Box 6497, Sioux Falls, SD 57117-6497 |
| 521070770 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2026 21:30:10 | Citicards/Citibank, N.A., Po Box 6241, Sioux Falls, SD 57117-6241 |
| 521070771 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 29 2026 21:26:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 521070773 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 29 2026 21:30:32 | Dept Of Ed/Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 521070772 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 29 2026 21:30:19 | Dept Of Ed/Aidvantage, 1600 Tyson Boulevard, St, Mclean, VA 75403 |
| 521070774 | + Email/Text: mrdiscen@discover.com | Jun 29 2026 21:24:00 | Discover Credit Cards, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521070775 | + Email/Text: HUMCBankruptcy@hmhn.org | Jun 29 2026 21:25:00 | Hackensack Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 521070779 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2026 21:25:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521223600 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2026 21:25:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521070780 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2026 21:30:03 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 521212175 | + Email/Text: RASEBN@raslg.com | Jun 29 2026 21:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521070782 | Email/Text: govtaudits@labcorp.com | Jun 29 2026 21:24:00 | Laboratory Corporation of America, Po Box 2240, Burlington, NC 27216 |
| 521253840 | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0312-2                              User: admin                                    Page 3 of 4
Date Rcvd: Jun 29, 2026                         Form ID: plncf13                           Total Noticed: 60

| | | Jun 29 2026 21:30:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521070784 | Email/Text: camanagement@mtb.com | Jun 29 2026 21:25:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 521070783 | Email/Text: camanagement@mtb.com | Jun 29 2026 21:25:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 521070785 | Email/Text: camanagement@mtb.com | Jun 29 2026 21:25:00 | M&T Bank, P.O. Box 62014, Baltimore, MD 21264 |
| 521252025 | Email/Text: camanagement@mtb.com | Jun 29 2026 21:25:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521238103 | + Email/Text: camanagement@mtb.com | Jun 29 2026 21:25:00 | M&T BANK, PO BOX 1508, BUFFALO, NEW YORK 14240-1508 |
| 521070786 | + Email/Text: camanagement@mtb.com | Jun 29 2026 21:25:00 | M&T Bank, N.A., P.O. Box 619063, Dallas, TX 75261-9063 |
| 521070787 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2026 21:30:35 | Macys/Citibank, N.A., Po Box 6789, Sioux Falls, SD 57117-6789 |
| 521070788 | + Email/Text: info.mh@mhcollections.com | Jun 29 2026 21:25:00 | Michael Harrison, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 521247014 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2026 21:30:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521207042 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2026 21:25:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 521070791 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 29 2026 21:24:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 521070790 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2026 21:25:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 521070792 | Email/Text: bknotice@upgrade.com | Jun 29 2026 21:24:00 | Upgrade, Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 521082055 | + Email/Text: RASEBN@raslg.com | Jun 29 2026 21:24:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521070793 | Email/Text: bkelectronicnotices@usaa.com | Jun 29 2026 21:24:00 | USAA Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 521070794 | + Email/Text: servicing@intuit.com | Jun 29 2026 21:25:00 | WebBank c/o QuickBooks Capital, P.O. Box 842978, Dallas, TX 75284-2978 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 29, 2026 | Form ID: plncf13 | Total Noticed: 60

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank Trust National Association  Et Al... dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jamal J Romero | on behalf of Debtor Xavier Santiago Sinche Garcia jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s |
| Jamal J Romero | on behalf of Joint Debtor Lily Nie jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6