sincheUNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
215-855-9521
Attorney for U.S. Bank Trust National Association, not in its
individual capacity but solely as owner trustee for RCF 2
Acquisition Trust

In Re:

LILY NIE
XAVIER SANTIAGO SINCHE GARCIA
*Debtors*

Order Filed on June 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 26-14059-JKS

Hearing Date: 6/25/2026 at 9:45AM

Chapter: 13

Judge: John K. Sherwood

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The Consent Order set forth on the following pages, numbered two (2) through three (3),

is hereby **ORDERED**

**DATED: June 30, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

DEBTOR: LILY NIE AND XAVIER SANTIAGO SINCHE GARCIA
CASE NO: 26-14059-JKS
CAPTION OF ORDER: ORDER RESOLVING OBJECTION TO CONFIRMATION

---

Upon the objection to confirmation of Debtors' Plan and Hladik, Onorato & Federman, LLP, Attorney for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Creditor") appearing and, for cause shown, it is:

ORDERED as follows:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtors agree that they shall cure the pre-petition arrears, in the amount of $2,311.28, per Creditor's secured Proof of Claim (Proof of Claim #9).

3. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

/s/ Danielle Boyle-Ebersole

Danielle Boyle-Ebersole, Esquire
Attorney for Creditor, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust

Jamal J. Romero, Esquire
Attorney for Debtor

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-14059-JKS

Xavier Santiago Sinche Garcia                                                             Chapter 13

Lily Nie

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                Page 1 of 2

Date Rcvd: Jun 30, 2026                       Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb      +  Xavier Santiago Sinche Garcia, Lily Nie, 12 Warner Way, Wayne, NJ 07470-4191

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Danielle Boyle-Ebersole
    on behalf of Creditor U.S. Bank Trust National Association  Et Al... dboyle-ebersole@hoflawgroup.com,
    ckohn@hoflawgroup.com

Jamal J Romero
    on behalf of Joint Debtor Lily Nie jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s

Jamal J Romero
    on behalf of Debtor Xavier Santiago Sinche Garcia jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s

Marie-Ann Greenberg
    magecf@magtrustee.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 30, 2026                       Form ID: pdf903                                Total Noticed: 1

Matthew K. Fissel

    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6