UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Cammarota, & Gonzalez, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-696-8391
jromero@scura.com
Jamal J. Romero, Esq.
Attorney for Debtor(s)

**Order Filed on August 31, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

XAVIER SANTIAGO SINCHE GARCIA & LILY NIE,

Debtor(s).

Case No.: 26-14059

Chapter: 13

Judge: JKS

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 31, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP, the applicant, is allowed a fee of _____$6,423.00____ for services rendered and expenses in the amount of ___$302.25____ for a total of ___$6,725.25_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $______N/A______ per month for _____N/A_____ months to allow for payment of the above fee.

*The amount to be paid through the Chapter 13 Plan is $4,225.25 (fee of $6,423.00, plus $302.25 expenses, less$2,500.00 retainer paid).*